UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *This document relates to:* | Case No. 1:17-md-2804 |
| *St. Croix Chippewa Indians of Wisconsin v. McKesson Corporation, et al., Case No. 1:18-op-45367-DAP* | JUDGE DAN AARON POLSTER |
| | NOTICE OF VOLUNTARY DISMISSAL |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DAKOTA DRUG INC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiff St. Croix Chippewa Indians of Wisconsin hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Dakota Drug Inc. Each party to bear its own costs and attorneys' fees.

Date: May 19, 2025

Respectfully Submitted,

*/s/T. Roe Frazer II*
T. Roe Frazer II
**FRAZER PLC**
30 Burton Hills Blvd., Ste. 450
Nashville, TN 37215
(615)647-6464 (Telephone)
roe@frazer.law

*Attorney for Plaintiff*